IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VASAYO, LLC, a Utah limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>UZESTA HONG KONG LTD., a foreign corporation, and UZESTA, LLC, a Utah limited liability company<br><br>        Defendants. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S EX PARTE MOTION TO FILE AN OVERLENGTH MOTION TO DISMISS<br><br><br>Case No. 2:22-CV-33-TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant Uzesta Hong Kong, Ltd.'s Ex Parte Motion to File an Overlength Motion to Dismiss. For the reasons discussed below, the Court will deny the Motion.

Under DUCivR 7-1(a)(4)(A)(i), motions filed under Fed. R. Civ. P. 12(b) may not exceed 25 pages or 7,750 words. However, on January 26, 2022, Defendant filed a 38-page Motion to Dismiss with approximately 25 pages of background facts and 13.5 pages of analysis.[1] Defendant concedes that "much of this explanation is for background purposes and is not dispositive of the jurisdictional issues" raised in its Motion to Dismiss.[2] The Court finds that Defendant has not shown good cause to justify the need for an extension of the specified page limitations. Accordingly, the Court will deny Defendant's motion and requests Defendant to resubmit a motion that complies with the local rule.

It is therefore

---

[1] Docket No. 10.

[2] *Id.* at 3.

ORDERED that Defendant's Ex Parte Motion to File Overlength Motion to Dismiss (Docket No. 9) is DENIED. It is further

ORDERED that Defendant's Motion to Dismiss (Docket No. 10) is STRICKEN. It is further

ORDERED that Defendant shall resubmit its motion that complies with DUCivR 7-1(a)(4)(A)(i) within fourteen (14) days of this order.

DATED this 2nd day of February 2022.

BY THE COURT:

_____
Ted Stewart
United States District Judge